UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS PAUL HULL,      Case No.1:06-CV-291

    Plaintiff,     Hon. Richard Alan Enslen

v.

JULIE K. FLETCHER, *et al.*,

    Defendants.    /     **ORDER**

In accordance with the Opinion issued on this date:

**IT IS HEREBY ORDERED** that Defendant Hoffman and Nelson's Objections to the Report and Recommendation (Dkt. No. 35) are **DENIED** and the Report and Recommendation (Dkt. No. 31) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the parties will brief the issue of whether the dismissal without prejudice of Defendants Julie K. Fletcher and Kurt Jones is valid in light of the recent Supreme Court decision in *Jones v. Bock*, 2007 WL 135890 (Jan. 22, 2007) on the issue. This matter will be referred to the Magistrate Judge for determination.

Dated in Kalamazoo, MI:      /s/Richard Alan Enslen
January 31, 2007      Richard Alan Enslen
     Senior United States District Judge